IN RE: HERRELL                                                    CASE NO. 09-11729

Claim 000002, Payment 3.56%                     **BANK OF AMERICA, N.A.**        CHECK NUMBER
Verizon Wireless
PO Box 3397                   Barbara Rivera-Fulton, Trustee      32-1/1110 TX        **1005**
Bloomington, IL 61702         P.O. BOX 19980                      0
                              New Orleans, LA 70179                    DATE              AMOUNT

Acct. 6404                                                          11/03/10        ************4.57

**1827337**                                  | CASE NUMBER |   | ESTATE OF |
PAY TO THE ORDER OF                          | 09-11729    | A | Debtor: HERRELL, ROBERTA LYNN |

United States Bankruptcy Court                                   *Four Dollars And 57/100*
LA

                                                        *Barbara Rivera-Fulton*
                                                        RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
                                                        THIS CHECK VOID AFTER 90 DAYS

⑆001005⑆ ⑈111000121⑈ 4437617910⑆

                                                11/5/10
                                                DEPOSIT TO 106000
                                                UNCLAIMED UNDER $25.00.
                                                DUE: SEE LETTER

```
UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

# 227844    - KW
* * C O P Y * *
November 05, 2010
    10:41:39

   UNC.UNDER$25
    09-11729
Debtor.: ROBERTA LYNN HERRELL
Trustee: Barbara Rivera-Fulton
Amount.:            $4.57 CH
Check#.: 1005
```

Total-> $4.57

FROM: RIVERA FULTON

Date: 11/03/10    Page:

## DIVIDENDS REMITTED TO THE COURT

Case Number 09-11729 - HERRELL, ROBERTA LYNN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Verizon Wireless** <br> **PO Box 3397** <br> **Bloomington, IL 61702** <br> Acct. 6404 | 000002 | 128.45 | 4.57 |
| ---------- Remittance Total --------------- | | 128.45 | 4.57 |

*Barbara Rivera-Fulton*
Law Ofc. of Barbara Rivera Fulton, Trustee

COURT1    Printed: 11/03/10 02:38 PM   Ver: 16.00a